UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03186-Louis

UNITED STATES OF AMERICA

vs.

SAUL HERNANDEZ SAEZ,

    **Defendant.**
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

                  Respectfully submitted,

                  ARIANA FAJARDO ORSHAN
                  UNITED STATES ATTORNEY

BY: _____
                  SHANNON K. SHAW
                  ASSISTANT UNITED STATES ATTORNEY
                  Florida Bar No. 92806
                  99 NE 4th Street
                  Miami, Florida 33132-2111
                  Tel (305) 961-9374
                  Fax (305) 530-7976
                  Shannon.Shaw@usdoj.gov

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

SAUL HERNANDEZ SAEZ,

## CRIMINAL COMPLAINT

CASE NUMBER: 19-mj-03186-Louis

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 25, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant, SAUL HERNANDEZ SAEZ, having previously been deported from the United States, attempted to enter the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about July 25, 2019, the defendant, SAUL HERNANDEZ SAEZ, arrived at Miami International Airport aboard American Airlines Flight #912 from Santiago, Chile. The defendant presented a Chilean passport to CBP for entry into the United States. Because Chile is a visa waiver country, the defendant did not need to present a U.S. visa for entry into the United States. The defendant was referred to secondary inspection for admissibility verification. After conducting numerous database searches, it was determined that SAUL HERNANDEZ SAEZ had been previously removed from the United States. Computer records further confirmed that SAUL HERNANDEZ SAEZ was removed from the United States on August 25, 2006. A search of the records maintained by the United States Citizenship and Immigration Service also disclosed that SAUL HERNANDEZ SAEZ had never sought to apply for permission from the United States Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) in order to return and apply for admission into the United States after having been removed. During the secondary interview, the defendant admitted to CBP Officers that he had been deported from the United States in 2006.

JESUS R. CORREA, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

JULY 26, 2019     at     Miami, Florida
Date                                            City and State

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer